IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VAN HORN, METZ & CO., INC.,          :     CIVIL ACTION
                                     :     NO. 23-1693
            Plaintiff,               :
                                     :
      v.                             :
                                     :
JPMORGAN CHASE & CO.,                :
                                     :
            Defendant.               :

**O R D E R**

**AND NOW**, this **23rd** day of **June, 2023,** upon consideration of Plaintiff's Motion to Remand (ECF No. 5), and after a hearing on the record, it is hereby **ORDERED** that the motion is **DENIED.** It is further **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File a Reply Brief (ECF No. 11) is **GRANTED.** Plaintiff's Reply in Support of its Motion for Remand shall be deemed filed.

2. Defendant shall respond or otherwise move to dismiss the Complaint by **July 12, 2023.**

            **AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**