IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VAN HORN, METZ & CO., INC., | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 23-1693 |
| JPMORGAN CHASE & CO., | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this **15th** day of **March 2024**, upon consideration of Defendant's Motion to Dismiss (ECF No. 23), Plaintiff's Response in Opposition (ECF No. 24), Defendant's Reply in Support of its Motion (ECF No. 31), and Plaintiff's Sur-Reply in Opposition (ECF No. 32), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendant's Motion to Dismiss (ECF No. 23) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

If Plaintiff elects to amend its Complaint, it must do so **within thirty (30) days of the entry of this Order**, otherwise the case will be closed.

BY THE COURT:

*/S/KAI N. SCOTT*
_____
**HON. KAI N. SCOTT**
**United States District Court Judge**