IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VAN HORN, METZ & CO., INC., | : |
| *Plaintiff,* | : |
| v. | : CIVIL NO. 23-1693 |
| JPMORGAN CHASE & CO., | : |
| *Defendant.* | : |

### ORDER

**AND NOW**, this **31st** day of **March 2025**, upon consideration of Defendant's Motion to Dismiss (ECF No. 37), Plaintiff's Response in Opposition (ECF No. 38), and Defendant's Reply in Support of its Motion (ECF No. 39), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

/s/ Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**